

# Fourth Court of Appeals

## San Antonio, Texas

August 11, 2022

No. 04-22-00053-CR

Santiago **RODRIGUEZ** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0863-CR-C
Honorable Daniel H. Mills, Judge Presiding

## O R D E R

In this appeal, Appellant's court-appointed counsel filed an *Anders* brief and notified Appellant of his right to file a pro se brief. Thereafter, the State waived its right to file a response to the *Anders* brief. *See Anders v. California*, 386 U.S. 738, 744 (1967). On August 10, 2022, Appellant Santiago Rodriguez Jr., an indigent inmate, moved this court for a free copy of the appellate record. *See* TEX. R. APP. P. 20.2.

Appellant's motion for a free copy of the appellate record is GRANTED.

We direct the clerk of this court to provide Appellant with a printed copy of the appellate record—the clerk's and reporter's records—at no cost to Appellant. *See id.*; *Newman v. State*, 937 S.W.2d 1, 3 (Tex. Crim. App. 1996) ("[T]he trial court has a duty to provide an indigent defendant with an adequate record on appeal.").

The appellate record is to be mailed to Appellant at the following address:

Santiago Rodriguez Jr.
TDCJ Number 02380587
TCDJ-ID, Ellis Unit
1697 FM 980
Huntsville, TX 77343

Appellant's pro se brief is due on September 9, 2022. *See* TEX. R. APP. P. 38.6(a).

Patricia O. Alvarez, Justice

        IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2022.

MICHAEL A. CRUZ, Clerk of Court